# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

> FILED IN CLERK'S OFFICE
> U.S.D.C. - Atlanta
>
> APR 2 1 2023
>
> KEVIN P. WEIMER, Clerk
> By: _____ Clerk

**Mustafa Karadeniz**

       Plaintiff *pro se,*

*v.*

**FIRE SYSTEMS, INC,**

**PYE-BARKER FIRE & SAFETY, LLC,**

**KOORSEN FIRE & SECURITY, INC,**

**METRO FIRE EQUIPMENT  INC,**

**LUMSDEN GIFT TRUST**

       Defendant( s).

**CIVIL ACTION FILE NO.**

1:23-CV-1826

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT  DISCRIMINATION  COMPLAINT  FORM

### Claims and Jurisdiction

1.    This employment discrimination lawsuit is brought under (check only those that apply):

☒ **YES** | Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

NOTE: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

☒ **YES** | Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq.. for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.
NOTE: To sue under the Age Discrimination in Employment Act, you generally

must first file a charge of discrimination with the EEOC.

☐  **NO**  |  Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

NOTE: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

2.    This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3.    Plaintiff.    Print your full name and mailing address below:

Name    Mustafa Karadeniz

Address    525 Mt Vernon Hwy NW, Sandy Springs, GA 30327

4.    Defendant(s). Print below the name and address of each defendant listed:

Name    FIRE SYSTEMS, INC.
Address    4700 Highlands Pkwy SE, Smyrna, GA 30082

Name    PYE-BARKER FIRE & SAFETY, LLC
Address    508 Meeting Street, West Columbia, SC 29169    **(Legal Address)**
2500 Northwinds Parkway, Ste 200 Alpharetta, GA 30009 **(Headquarter)**

Name    KOORSEN FIRE & SECURITY, INC
Address    2719 North Arlington Avenue, Indianapolis, IN 46218

Name    METRO FIRE EQUIPMENT INC.
Address    63 Hamilton PL. Gilbert, AZ 85233

Name    LUMSDEN GIFT TRUST
Address    4700 Highlands Pkwy SE, Smyrna, GA 30082

## <u>Location and Time</u>

5.    If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

Greater Atlanta, Georgia

6.    When did the alleged discrimination occur?  (State date or time period)

On December 5, 2019, We had a business meeting at Roy Raugh's house, CEO & Vice President of Valens Software LLC (Valens), with Roger Bentley (CIO & Vice President) and Laura Stark (Office Manager). Roger Bentley disclosed that Ryan Foster (Software Developer) soon will be leading development efforts since Roger and I was close to the retirement age. I was also told to work on entry level form design work which is not much different than formatting a Microsoft Excel sheet. I was simply demoted to an entry level work. On Dec 13, 2019, I sent an email to Roy Raugh and Laura Stark about my objections on Roger's comments but nothing changed. We had another similar nature meeting with Roger Bentley on February 13, 2020. And then on August 4, 2021, Ryan Foster was promoted as a Development Manager.

On January 2020, Defendants started offering an employee profit sharing bonus plan called "Mirror Unit Award Agreement". They excluded me from this new plan. I believe it was due to retaliation against complaining about Roger's age comments. I was even denied existence of this plan and its details until August 4, 2021

On Nov 5, 2020, I was denied sick leave employee benefit. After my mom had a heart attack, I wanted to use my sick leave to take care of my mother. I was told that I could not use sick leave to take care of my mom. I was recommended to become a contractor instead. In 2021, I realized that my original employment offer included immediate family members.

On April 15, 2021, Roger Bentley verbally insulted me, blatantly attacking my intelligence in front of the entire team in a company call.

On August 4, 2021 (about a month after Pye-Barker became an owner / customer of Valens); I received an award agreement offer email from defendants as a response to my demand letter of ownership shares on April 2021. Defendants wanted me to believe that this was an innocent offer to have an employee profit sharing agreement. However, by looking at facts and information discovered recently, this offer was actually a severance agreement to fire me from the employment as part of Pye-Barker becoming an owner / customer of Valens.

On September 10, 2021, I notified all defendants and Valens management that the offer they sent was not acceptable. I also disclosed more about discrimination I faced at Valens and mentioned again about Roger's comments on my age. On September 13, I was placed on administrative leave, but Roger Bentley was not.

I was told on September 28, 2021 that I was assigned to be Director of Services in a "new" Services department.  However, on Jan 3, 22, in our Planning meeting presentation I realized that there was two more employees in Services department. When I communicated about clarification on who is reporting to whom, I was told that I was a Director of Services just for Software development part of Services department.

On February 3, 2022, my request of being involved in boarding process of new hire software developers was denied even though all new and existing software developers were expected to do my tasks. I was also denied having long promised project management responsibilities of Roger Bentley.

On Feb 22, 22, I sent my Constructive Dismissal notice by e-mail to all defendants as joint employers.

<u>Administrative Procedures</u>

7.    Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?                     ☒  **YES**

      If you checked "Yes," attach a copy of the charge to this complaint.


8.    Have you received a Notice of Right-to-Sue letter from the EEOC? ☒   **YES**

      If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter:

| | |
|---|---|
| FIRE SYSTEMS, INC. - | Right to Sue Letter – February 9, 2023 |
| PYE-BARKER FIRE & SAFETY, LLC - | Right to Sue Letter – January 23, 2023 |
| KOORSEN FIRE & SECURITY, INC - | Right to Sue Letter – January 23, 2023 |
| METRO FIRE EQUIPMENT INC. - | Right to Sue Letter – January 23, 2023 |


9.    If you are suing for **age discrimination,** check one of the following:

      ☒   60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

10.    If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

Yes          ☒No        Not applicable, because I was not an employee of, or applicant with, a State agency.

11.    If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

Yes        ☒No    Not applicable, because I was not an employee of, or applicant with, a Federal agency.


        Nature of the Case

12.    The conduct complained about in this lawsuit involves (check only those that apply):

|   | |
|---|---|
|   | Failure to hire me |
| ☒ | Failure to Promote me |
| ☒ | Demotion |
|   | Reduction in my wages |
| ☒ | Working under terms and conditions of employment that differed from similarly situated employees |
|   | Harassment |
| ☒ | Retaliation |
| ☒ | Termination of Employment ( due to constructive dismissal) |
|   | Failure to accommodate my disability |
|   | Other (please specify) |


13.    I believe that I was discriminated against because of (check only those that apply):

|   | |
|---|---|
| ☒ | my race or color, which is Turkish |
| ☒ | my religion, which is  Islam |
|   | my sex (gender), which is male |
| ☒ | my national origin, which is Turkey |
| ☒ | my age (my date of birth is  November 27, 1968) |
|   | my disability or perceived disability, which is: ___ |

14.    Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

Defendants jointly fully own and control Valens. Defendants involved daily activities of Valens.

As of January 2021, Koorsen Fire was majority owner of Valens. Currently, I believe Pye-Barker, Fire Systems and Lumsden Gift Trust jointly control majority of Valens as a Lumsden family business.

Defendants made a fraudulent Inducement of Employment offer on August 1 2016. Valens already admitted making false promises on this offer and blamed someone else who was already fired months earlier in June 2016.

Defendants made a fraudulent Inducement of an award offer on August 4, 2021 which was in fact a severance agreement to fire me as an employee and to have all waivers to relief themselves from all liabilities.

Defendants made a fraudulent Inducement of a job title/promotion September 28, 2021 which in fact was a lie which was revealed on January 2022 during Valens; planning meeting.

Valens is no different than an internal IT Department for defendants. Defendants involved in Valens' daily decisions.

Valens does not charge owner/customers at market rate for their services. For example, Koorsen Fire was paying $75 per hour to Valens for their custom form work I was working on it back in 2021/22. By taking the account that I was being paid $65/hr. back in 2015 for Valens, Valens was working on majority of Koorsen tasks at cost or at loss.

Defendants jointly determined essential terms and conditions of my employment.
    On a Sunday dinner party on July 24, 2016, I met for the very first time Valens owners. During this party, one of the owners, Stan (Andrea) Lumsden from Fire Systems , personally told me that they were looking forward for me to join as an employee. Following day on July 25, Roger and Roy wanted to have a meeting with me at the office. They told me that the ownership really liked me and they would like me to join as a full-time employee. On August 1, 2016, Roy sent me the employment offer to sign. As far as I remember, he needed the defendants' approval before sending the offer.

    On January 20, 2021, Roy and I agreed on a 20% bonus plan for custom work I do for defendants and other customers to have a temporary solution to raise my wage. Roy told me that he needed approval from defendants. Roy as CEO did not have authority to grant me this bonus plan by himself or jointly by another Valens officer.

The Offer I received on Aug 4, 2021, from the defendants also included an employment offer prepared by defendants. I was told to sign all the paperwork included in the offer package in order to have profit sharing award.

15.    Plaintiff no longer works for defendant(s)

16.    If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?    ☒ No

17.    If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial.  Do you request a jury trial?    ☒ **Yes**


## <u>Request for Relief</u>

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief:

- I was promised ownership shares in Valens Software LLC (Valens) at the time of hiring as an employee; defendants never delivered this promise. I request my ownership shares to be granted in Valens and/or in any company fully or partially intellectual properties (IP) of Valens transferred. I request to be a voting board member for at least 2 (two) years term in the company I receive shares to ensure mine and other small investors' rights are protected.

  During EEOC complaint process, we discovered that there are several indications that Valens's competitor, BuildingReports.com is partially owned by one or some of defendants directly or indirectly thru one of their shell companies (possibly thru MITEC, a Pye-Barker company). There are also several indications that defendants do not want to grow Valens' customer base. There is a concern that defendants can try to move Valens' main IP, ProfitZoom, to Buildingreports.com or another company. By transferring IP of Valens, defendants not only can potentially make my ownership shares as a small investor worthless but also eliminate their contractual obligations with Progress Software (NASDAQ: PRGS) as an original owner of IP of Valens. As a small investor in Valens, this is a notice to defendants to stop transferring any IP of Valens without informing me and the court first about any past and future IP transfer activities.

- As an independent contractor in April 24, 2015, my rate for Valens was $65/hr. I accepted a full-time employment offer in August 2016 as Director of System Engineering. Because I was led to believe I would have a partial ownership stake in the company, I accepted a lower than normal wage of $94,000/year to save the company money. The belief was the promised ownership shares eventually make up the difference. Since no benefit was realized, I demand loss of wages compare to the market rate for a similar director level position to be compensated.

- Costs and fees involved in litigating this case

- Such other relief as may be appropriate.

## **PLEASE READ BEFORE SIGNING THIS COMPLAINT**

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(l).

Signed, this <u>21   </u>    day of <u>April 2023</u>

(Signature of plaintiff *pro se)*

*Mustafa Karadeniz*

(Printed name of plaintiff *pro se)*

*525 Mt Vernon Hwy NW*

(street address)

Atlanta, GA 30327

(City, State, and zip code)

mustafa@karadeniz.us

(email address)

912-596-4290

(telephone number)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Atlanta District Office
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 02/02/2023

**To:** Mr. Mustafa Karadeniz
525 Mt Vernon Hwy NW
ATLANTA, GA 30327
Charge No: 410-2022-09042

EEOC Representative and email:      TREY PYLE
Sr. Federal Investigator
Trey.Pyle@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2022-09042.

On behalf of the Commission,

Digitally Signed By:Darrell Graham
02/02/2023
Darrell Graham
District Director

**Cc:**
Jean Hetrick
FIRE SYSTEMS, INC.
4700 HIGHLANDS PKWY SE
Smyrna, GA 30082

Gregory W Guevara
Bose McKinney & Evans LLP
111 MONUMENT CIR STE 2700
Indianapolis, IN 46204

Please retain this notice for your records.

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### CHARGE OF DISCRIMINATION

| EEOC Form 5A | | For Official Use Only – Charge Number: **410-2022-09042** |
|---|---|---|

| **Personal Information** | First Name: **Mustafa**   MI: _____   Last Name: **Karadeniz** |
|---|---|
| | Address: **525 Mt Vernon Hwy NW**   Apt.: _____ |
| | City: **Mustafa**   County: **Fulton**   State: **GA**   Zip Code: **30327** |
| | Phone: **912-596-4290**   Home  Work   Cell   Email: **mustafa@karadeniz.us** |

| **Who do you think discriminated against you?** | Employer [X]   Union [ ]   Employment Agency [ ]   Other Organization [ ] |
|---|---|
| | Organization Name: **FIRE SYSTEMS, INC.** |
| | Address: **4700 Highlands Pkwy SE**   Suite: _____ |
| | City: **Smyrna**   State: **GA** Zip: **30082**  Phone: **770-333-7979** Email: **sml@firesystems.net** |

| **Why you think you were discriminated against?** | Race [X]   Color [ ]   Religion [X]   Sex [ ]   National Origin [X]   Age [X] |
|---|---|
| | Disability [ ]   Genetic Information [ ]   Retaliation [X]   Other [ ] (specify) |

| **What happened to you that you think was discriminatory?**<br><br>US EEOC<br>ATDO<br>RECEIVED<br>08-17-2022 | **Date of most recent job action you think was discriminatory:   February 22, 2022**<br>**Also describe briefly each job action you think was discriminatory and when it happened (estimate).**<br><br>I, the undersigned, charge the employer identified above with engaging in unlawful employment practices that violate the Civil Rights Act of 1964 (Title VII) by discriminating against me because of my race, my religion and my age, and by retaliating against me for reporting discrimination.<br><br>As of February, 2022, following companies are known shareholders of Valens Software LLC (Valens)<br>■ Koorsen Fire & Security Inc. became %50+ owner of Valens as of January 2020<br>■ Pye-Barker Fire & Safety became a part owner of Valens as of January 2022<br>■ Metro Fire Equipment Inc. (under BCS Holdings, LLC name)<br>■ Fireline Corporation (under Anna W. Gavin name)<br>■ Fire Systems, Inc. (under Andrea Lumsden, Trustee of the Lumsden Gift Trust name)<br><br>Valens ownership companies currently tightly integrated into ProfitZoom Software Solution (PZ) of Valens more like an ERP software package to operate their entire Fire Safety & Security business. By including Pye-Barker's current and planned user licenses, about %95 of PZ users are working for one of Valens ownership companies. As a result, Valens ownership dictates how much to pay for licenses, billable services and most importantly what job functions handled by them or Valens.<br><br>Valens ownership actively involved in daily activities of Valens by (at least) six joint employees representing the ownership. As a result, if not all, some of reported discriminatory actions had taken due to their involvement in decision making process. Additionally, if not all, some of joint employees used their own company's resources to design and/or develop solutions for PZ. For example, Steve Mentz of Metro Fire and his team involved in design and development of location based PZ solutions. For example, Shawn Williams of Koorsen Fire and his team currently working (or already completed) on an enterprise level CRM module to integrate into PZ. When I visited Koorsen Fire facilities last year, I also noticed that all dedicated PZ ERP project management team members I met there were Koorsen employees. If Valens were an independent software company, about half of the team needed to be Valens employees; I have reasons to believe that Koorsen is not an exception.<br><br>Valens, in fact, acted as an employment agency for temp work of mine. For several years, I developed and delivered a variety of reports, enhancement and customizations for unique needs of ownership companies; including Nardini and United Fire (Pye-Barker companies). Valens quoted and marketed my services to them. I also received a 20% compensation from all of their billable work since January 2021.<br><br>None of known PZ competitors in Fire Safety market offers broad functionality of PZ; as far as I know, all lacks accounting system and job costing. There is no other affordable integrated alternative for large enterprises like Koorsen or Pye-Barker. However, by looking at PZ licensing fees, revenues, disclosed number of employees and disclosed valuation of PZ, somehow all these numbers are unbelievably low, especially, when compared to other independent competitors. |
|---|---|

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## CHARGE OF DISCRIMINATION

For Official Use Only – Charge Number:

| EEOC Form 5A | | |
|---|---|---|
| **Personal Information** | First Name: **Mustafa**    MI: _____    Last Name: **Karadeniz** <br> Address: **525 Mt Vernon Hwy NW**    Apt.: _____ <br> City: **Mustafa**    County: **Fulton**    State: **GA**    Zip Code: **30327** <br> Phone: **912-596-4290**    Home  Work  Cell    Email: **mustafa@karadeniz.us** | |
| **Who do you think discriminated against you?** | Employer [X]    Union [ ]    Employment Agency [ ]  Other Organization [ ] <br> Organization Name: **FIRE SYSTEMS, INC.** <br> Address: **4700 Highlands Pkwy SE**    Suite: _____ <br> City: **Smyrna**    State: **GA**  Zip: **30082**  Phone: **770-333-7979**  Email: **sml@firesystems.net** | |
| **Why you think you were discriminated against?** | Race [X]    Color [ ]    **Religion** [X]    Sex [ ]    **National Origin** [X]    **Age** [X] <br> Disability [ ]    Genetic Information [ ]    **Retaliation** [X]    Other [ ] (specify) | |

*** Following is a mix of discriminatory job actions and important events in date order.
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

On February 20, 2013, I was hired by Bravepoint Inc. as an independent 1099 contractor to make their ProfitZoom Software Solution (PZ) a viable product line. I was assigned to work with PZ project lead Roger Bentley.

On October 1, 2014, Progress Software (NASDAQ: PRGS) officially acquired BravePoint Inc. from Cheasepeake Utilities (NYSE: CPK). Progress made it clear to day one that PZ product had to spin off due to a business conflict. Around the announcement date, 30 employees were working just for PZ project.

On February 2015, Valens Software LLC (Valens), formed by existing PZ customers; Metro Fire, Fire Systems and Fireline. Paul Knopf became a CEO of Valens, Roger Bentley became a CIO or Vice President.
Progress Software provided following to Valens;
■ Intellectual property rights of PZ product free of charge  ( or at a small fee for legal reasons)
■ Working capital for up to 2 years of operation
■ Free office space until finding a new space.
■ Waived Progress Software Development Platform licensing fees for about two years; after free period, licensing fee calculated based on a percentage of revenues generated.

On March 2, 2015, I agreed to continue working as an Independent Contractor for Valens. Paul and Roger wanted me to become one of senior managers of Valens with ownership shares, bonus plan and additional benefits; however, I did not agree mainly due to less than expected percentage of shares. As far as I know similar or more offers were made to Mauricio dos Santos, a Brazilian American, and a few others to stay with Valens. However, Mauricio decided to stay with Progress/Bravepoint mostly after hearing Roger Bentley's some racist comments on Brazilians.

As of June 1, 2015, Valens had 20 employees on the payroll.

On March 1, 2016, I agreed on Valens' employment offer with 3% equivalent ownership shares as a Director after a meeting with Paul Knopf, Roger Bentley and Roy Raugh. We agreed that I was going to become a full time employee officially after our months earlier planned Italy/Turkey trip starting on May 28, 2016

On May 31, 2016, Paul Knopf was forced to leave Valens by an operation orchestrated by Valens ownership, Roger Bentley and Roy Raugh while I was in our family trip.

On Sunday July 24, 2016, my wife and I spent a long time with Valens owners (Anna Gavin, Steve Bentz, and Stan Lumsten) at a dinner party at Roy's house.

On July 25, 2016, Roger Bentley, Roy Raugh and I had a meeting on terms and conditions of my full-time employment before I became an employee; Following were mutually agreed;
■ Having %3 equal ownership shares of Valens same as March 2016 offer and vesting fully in 2.5 years

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### CHARGE OF DISCRIMINATION

| EEOC Form 5A | | For Official Use Only – Charge Number: |
|---|---|---|

| **Personal Information** | First Name: **Mustafa**       MI: _____   Last Name: **Karadeniz** |
|---|---|
| | Address: **525 Mt Vernon Hwy NW**       Apt.: _____ |
| | City: **Mustafa**       County: **Fulton**       State: **GA**   Zip Code: **30327** |
| | Phone:  **912-596-4290**       Home   Work   Cell       Email: **mustafa@karadeniz.us** |

| **Who do you think discriminated against you?** | Employer [X]       Union [ ]       Employment Agency [ ]  Other Organization [ ] |
|---|---|
| | Organization Name:   **FIRE SYSTEMS, INC.** |
| | Address:  **4700 Highlands Pkwy SE**       Suite: _____ |
| | City: **Smyrna**    State: **GA** Zip: **30082**  Phone: **770-333-7979** Email: **sml@firesystems.net** |

| **Why you think you were discriminated against?** | Race [X]       Color [ ]       **Religion** [X]       Sex [ ]       National Origin [X]   Age [X] |
|---|---|
| | Disability [ ]       Genetic Information [ ]       **Retaliation** [X]   Other [ ] (specify) |

- $94K base wage, a performance based bonus plan and 4 weeks of vacation
- A Director position. Roy, Roger and I were in the same boat as equals as executives
- Valens was in survival mode since Valens' financial resources were wasted somehow and a lot of employees left the company. Only Roger Bentley, Ryan Foster (a Jr developer who was hired on June 2013 as a recent college graduate trainee) and I were left to develop and support PZ environment. I agreed to code along with Roger and Ryan by knowing that I would be the part owner of the business. I reminded them that while I was working on my own data center business, I did not code software for years but I was in sales, customer relations, financial planning, project management. I asked their assurances that when Valens starts hiring, I would be taking executive level responsibilities and managerial roles in the company. Roger and Roy agreed.

As of Aug 1, 2016, I officially became a full-time employee of Valens as a "Director of System Engineering and R&D".

In 2017 /2018, After Valens office was closed, we started meeting at Roy Raugh's house for company meetings about once a month. After or during some lunch breaks, some employees, including Roger Bentley, started chatting on topics like their support of President Trump's "Muslim ban" on some Middle Eastern countries, or like "Muslim terrorist" conversations. As a Middle Eastern and as a Muslim, comments really offended me. Instead of confronting or arguing about it, I chose to leave Roy's house earlier to work from home.

On March 23, 2019, Roy and I met for a lunch. I complained about still developing code and no additional responsibilities given. We discussed switching back to part-time contracting. A few days later, Laura Stark (HR) sent a voluntary resignation letter for me to sign. The letter was stating that my job title was a "Developer" and I would be releasing Valens from any and all claims (including my already vested ownership shares). When I asked about status of shares and missing referenced documents, Roy stated that Valens ownership was still working on details of shares and referenced documents; he was expecting them to be ready by end of the year. I decided to stay with Valens after they agreed on correcting my job title in all documents and decided to wait to have my already vested shares of Valens.

On December 5, 19, I was invited to have a work meeting at Roy Raugh's house with Roger Bentley. Laura Stark (HR) was included too. During this meeting, Roger Bentley disclosed that Ryan Foster soon be leading development efforts since Roger and I was close to thr retirement age. He repeatedly called me as a "programmer". He also told me I would be working on designing report forms for Valens' new customer Eagle Fire. Designing report forms task is not much different than designing an Excel spreadsheet. This task was previously done by some college students including Roger's own children. I was humiliated and seriously considered resignation. I was basically told that I had a demotion, my material responsibilities diminished and my job duties expected from a Director level position to be transferred to a recent graduate;

On Dec 13, 2019, I sent an email to Roy Raugh (President or CEO) and Laura Stark (HR) to complain about Roger's behavior and comments.

As of January 1, 2020, Koorsen Fire & Security, Inc. (Koorsen) became a majority owner of Valens.

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### CHARGE OF DISCRIMINATION

| EEOC Form 5A | | For Official Use Only – Charge Number: |
|---|---|---|

| **Personal Information** | First Name: **Mustafa**    MI: _____    Last Name: **Karadeniz** |
|---|---|
| | Address: **525 Mt Vernon Hwy NW**    Apt.: _____ |
| | City: **Mustafa**    County: **Fulton**    State: **GA**    Zip Code: **30327** |
| | Phone: **912-596-4290**    Home    Work    Cell    Email: **mustafa@karadeniz.us** |

| **Who do you think discriminated against you?** | Employer ☒    Union ☐    Employment Agency ☐    Other Organization ☐ |
|---|---|
| | Organization Name: **FIRE SYSTEMS, INC.** |
| | Address: **4700 Highlands Pkwy SE**    Suite: _____ |
| | City: **Smyrna**    State: **GA**    Zip: **30082**    Phone: **770-333-7979**    Email: **sml@firesystems.net** |

| **Why you think you were discriminated against?** | Race ☒    Color ☐    **Religion** ☒    Sex ☐    **National Origin** ☒    Age ☒ |
|---|---|
| | Disability ☐    Genetic Information ☐    **Retaliation** ☒    Other ☐    (specify) |

On January 2020, Valens ownership started offering an employee profit sharing bonus plan called "Mirror Unit Award Agreement". They excluded me from this new plan. I was simply retaliated by Valens ownership for complaining about. I was denied even existence of this plan and its details until August 4, 2021.

On Feb 13, 2020, we had another meeting at Roy's home including Laura. During the meeting, Roger justified Ryan's then future promotion by saying that Ryan had a vision of himself as the "guy who is leading developers" and stating, "You gotta envision yourself down the road." Again, I was humiliated. I was again told that I had a demotion, my material responsibilities diminished and my job duties expected from a Director level position to be transferred to a recent graduate;

On Aug 24, 20, I received a company-wide e-mail announcement that Ryan was promoted as "Development Manager".

On Nov 5, 2020, I was denied sick leave employee benefit. After my mom had a heart attack, I wanted to use my sick leave to take care of my mother. Laura (HR) told me that sick leave was not possible. She said only I can use my sick leave when I get sick. She suggested me to talk to Roy for a solution. Roy and I discussed multiple options including me "leaving the company" and "becoming a contractor" again. I ended up working while trying to take care of my mom in Turkey. It was a mental torture to work even from the hospital room while worrying about possibly of losing your mom in middle of Covid pandemic. I used my vacation time to make up 40hrs in total per week. On August 5, 2021, I also remembered Roger using his sick leave while taking care of his mom for an extended time in 2018 or 2019, while doing a research on my past emails, I noticed that my March 1, 2016 employment offer included the company sick leave policy which clearly stated that immediate family was included. I sent an email to complaint about it.

On April 15, 2021, Roger verbally insulted me, blatantly attacking my intelligence in front of the entire team in a company call. As soon as the meeting ended, I called Laura Stark to complaint about Roger's behavior.

On April 27, 2021, USPS delivered my lawyer's letter to demand my ownership shares and related questions.

On August 4, 21, Roy forwarded Valens Ownership's response email. I was asked to sign following agreements in order to be included in Valens's Mirror Unit Profit Sharing Plan;
- A "Settlement and Release of Claims Agreement" to release Valens and Valens ownership from all wrongdoings including discrimination.
- Valens's Mirror Unit Profit Sharing Plan for having about 0.5% of company's profit like a bonus plan (not ownership shares )
- New employment contract with same unchanged base wage of $94K and a blanket job description of *"you will perform duties and responsibilities as assigned you from time to time"* and report to an *"individual designated by the president"*.
- IP Agreement
- Non-Competing; Non-Solicitation Agreement

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## CHARGE OF DISCRIMINATION

| EEOC Form 5A | | For Official Use Only – Charge Number: |
| --- | --- | --- |

| Personal Information | First Name: **Mustafa**    MI: _____    Last Name: **Karadeniz** |
| --- | --- |
| | Address: **525 Mt Vernon Hwy NW**    Apt.: _____ |
| | City: **Mustafa**    County: **Fulton**    State: **GA**    Zip Code: **30327** |
| | Phone: **912-596-4290**    Home   Work   Cell    Email: **mustafa@karadeniz.us** |

| Who do you think discriminated against you? | Employer [X]    Union [ ]    Employment Agency [ ]   Other Organization [ ] |
| --- | --- |
| | Organization Name: **FIRE SYSTEMS, INC.** |
| | Address: **4700 Highlands Pkwy SE**    Suite: _____ |
| | City: **Smyrna**   State: **GA**  Zip: **30082**  Phone: **770-333-7979**  Email: **sml@firesystems.net** |

| Why you think you were discriminated against? | Race [X]    Color [ ]    **Religion** [X]    Sex [ ]    **National Origin** [X]   **Age** [X] |
| --- | --- |
| | Disability [ ]    Genetic Information [ ]    **Retaliation** [X]    Other [ ]  (specify) |

I was told that I was expected to sign these documents by August 13 (in 9 days). Referenced documents were not even included.

On Aug 10, 21, I demanded to have referenced documents.

On August 18, 2021, Roy mentioned on the company conference call that Shawn Williams from Koorsen Fire was planning to join Valens' internal company gathering event at the Battery next week.
I sent an email to Shawn Williams to ask for a private meeting while in Atlanta (to discuss privately issues I experienced at Valens). He never responded back my email but also he did not show up on the event on August 24.

On Aug19, 21, I received most of referenced documents.

On Sep 10, 2021, I rejected their offer by an email. I also included some specific details of Valens' hostile work environment and discrimination.

On Monday, Sep 13, 21, I was placed on a paid administrative leave and asked to talk with ADP on my concerns.

On Sep 28, 21, I started working again. I was told that we would have monthly conference calls with Roy and Laura. I was told that my new title was "Director of Services" in new Services department where I was the only employee.

On November 8, I received a company-wide email from Roy that about a new hire, "Alyssa Bentley", joining to the company as "implementation /support consultant" and reporting to manager David Allen.

On Jan 3, 22, in our 2022 Planning conference call, I noticed that 3 employees were listed under Services department for 2021 even though I was told I was the only one in the Services department. I sent an email to Roy and Laura to better understand what was going on and who was reporting who. I was told that David Allen was a manager and Alyssa Bentley was reporting to him. I was told that I was not a manager of David but I was only an employee in software development part of Services department.

Jan 18, 2022, in our monthly conference call, Roy mentioned that Roger Bentley would be passing his project management responsibilities to others. Roy asked if I was interested in, I said YES and I said I was ready to take it over.

On January 31, 2022, in our weekly planning conference call, Laura mentioned that Ryan Foster would be having final interviews of two new programmers at KSU campus by himself. After the meeting, I called Laura my interest in joining these interviews and requested to have February monthly meeting before Ryan's scheduled interviews. She agreed on me joining to interviews.

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## CHARGE OF DISCRIMINATION

| EEOC Form 5A | | For Official Use Only – Charge Number: |
|---|---|---|

| **Personal Information** | First Name: **Mustafa**  MI: ___  Last Name: **Karadeniz** |
|---|---|
| | Address: **525 Mt Vernon Hwy NW**  Apt.: ___ |
| | City: **Mustafa**  County: **Fulton**  State: **GA**  Zip Code: **30327** |
| | Phone: **912-596-4290**  Home  Work  Cell  Email: **mustafa@karadeniz.us** |

| **Who do you think discriminated against you?** | Employer [X]  Union [ ]  Employment Agency [ ]  Other Organization [ ] |
|---|---|
| | Organization Name: **FIRE SYSTEMS, INC.** |
| | Address: **4700 Highlands Pkwy SE**  Suite: ___ |
| | City: **Smyrna**  State: **GA**  Zip: **30082**  Phone: **770-333-7979**  Email: **sml@firesystems.net** |

| **Why you think you were discriminated against?** | Race [X]  Color [ ]  Religion [X]  Sex [ ]  National Origin [X]  Age [X] |
|---|---|
| | Disability [ ]  Genetic Information [ ]  Retaliation [X]  Other [ ] (specify) |

On February 3, 2022, in our monthly call, I asked about involving in on boarding process of these new programmers and cross train them to work for Services department too. It was not accepted, I was asked to wait until my turn to have new employees. Then I asked status on taking over of Roger's project management responsibilities. I was told to wait again. I asked them reconsider my suggestions and requested to have a follow up call following day.

On February 4, 2022, Nothing changed. I verbally shared my intent of resignation. We discussed possibility of working as a part-time 1099 contractor without signing any waivers or releases. Roy said it could be possible. While waiting on Roy's response on agreement and hourly rate, we agreed on me working until March 1st as full time employee by using some vacation time.

On February 14, 2022, Roy, Ryan and I had a conference call on training John Beckner to take over my tasks. At that call, I did not feel any sign of Roy was working on a new contractor agreement without waivers and releases. I was waiting this agreement to determine if I can still trust and work with them. I decided to focus on completion of my outstanding asks until getting a response, not training anybody.

On February 18, 2022, I called Roy to check the status of the contractor agreement and rate. This time he told me that I would have to sign their standard contractor agreement if I want to stay as a contractor.

On Feb 22, 22, I sent my Constructive Dismissal notice by e-mail to Valens management and all known Valens ownership employees. I included some specific details of Valens' hostile work environment and discrimination.

| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures. |
|---|---|
| | I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination. |
| | I declare under penalty of perjury that the above is true and correct. |
| | Signature: _____  Date: **8/17/22** |

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Atlanta District Office
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 01/19/2023

**To:** Mr. Mustafa Karadeniz
525 Mt Vernon Hwy NW
ATLANTA, GA 30327
Charge No: 410-2022-09045

EEOC Representative and email:    TREY PYLE
Senior Federal Investigator
Trey.Pyle@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2022-09045.

On behalf of the Commission,

Digitally Signed By:Darrell Graham
01/19/2023
Darrell Graham
District Director

Cc:
Kendra  Harouff
PYE-BARKER FIRE & SAFETY, LLC
2500 NORTHWINDS PKWY STE 200
Alpharetta, GA 30009

Gregory W Guevara
Bose McKinney & Evans LLP
111 MONUMENT CIR STE 2700
Indianapolis, IN 46204


Please retain this notice for your records.

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### CHARGE OF DISCRIMINATION

| EEOC Form 5A | | For Official Use Only – Charge Number: **410-2022-09045** |
|---|---|---|

| **Personal Information** | First Name: **Mustafa**　　　　　MI:　　　　Last Name: **Karadeniz** |
|---|---|
| | Address: **525 Mt Vernon Hwy NW**　　　　　Apt.: |
| | City: **Mustafa**　　　　County: **Fulton**　　State: **GA**　Zip Code: **30327** |
| | Phone: **912-596-4290**　　Home　Work　　Cell　　Email: **mustafa@karadeniz.us** |

| **Who do you think discriminated against you?** | Employer ☒　　Union ☐　　Employment Agency ☐　Other Organization ☐ |
|---|---|
| | Organization Name: **PYE-BARKER FIRE & SAFETY, LLC** |
| | Address: **2500 Northwinds Parkway**　　　　　　　Suite: **200** |
| | City: **Alpharetta** State: **GA** Zip: **30009** Phone: **800-927-8610** Email: **schlegelm@pyebarkerfire.com** |

| **Why you think you were discriminated against?** | Race ☒　·　Color ☐　　**Religion** ☒　　Sex ☐　·　**National Origin** ☒　　Age ☒ |
|---|---|
| | Disability ☐　　Genetic Information ☐　**Retaliation** ☒　Other ☐ (specify) |

| | |
|---|---|
| **What happened to you that you think was discriminatory?**<br><br>US EEOC ATDO RECEIVED 08-17-2022 | **Date of most recent job action** you think was discriminatory:　**February 22, 2022**<br>**Also describe briefly each job action** you think was discriminatory and when it happened (estimate).<br><br>I, the undersigned, charge the employer identified above with engaging in unlawful employment practices that violate the Civil Rights Act of 1964 (Title VII) by discriminating against me because of my race, my religion and my age, and by retaliating against me for reporting discrimination.<br><br>As of February, 2022, following companies are known shareholders of Valens Software LLC (Valens)<br>■ Koorsen Fire & Security Inc. became %50+ owner of Valens as of January 2020<br>■ Pye-Barker Fire & Safety became a part owner of Valens as of January 2022<br>■ Metro Fire Equipment Inc. (under BCS Holdings, LLC name)<br>■ Fireline Corporation (under Anna W. Gavin name)<br>■ Fire Systems, Inc. (under Andrea Lumsden, Trustee of the Lumsden Gift Trust name)<br><br>Valens ownership companies currently tightly integrated into ProfitZoom Software Solution (PZ) of Valens more like an ERP software package to operate their entire Fire Safety & Security business. By including Pye-Barker's current and planned user licenses, about %95 of PZ users are working for one of Valens ownership companies. As a result, Valens ownership dictates how much to pay for licenses, billable services and most importantly what job functions handled by them or Valens.<br><br>Valens ownership actively involved in daily activities of Valens by (at least) six joint employees representing the ownership. As a result, if not all, some of reported discriminatory actions had taken due to their involvement in decision making process. Additionally, if not all, some of joint employees used their own company's resources to design and/or develop solutions for PZ. For example, Steve Mentz of Metro Fire and his team involved in design and development of location based PZ solutions. For example, Shawn Williams of Koorsen Fire and his team currently working (or already completed) on an enterprise level CRM module to integrate into PZ. When I visited Koorsen Fire facilities last year, I also noticed that all dedicated PZ ERP project management team members I met there were Koorsen employees. If Valens were an independent software company, about half of the team needed to be Valens employees; I have reasons to believe that Koorsen is not an exception.<br><br>Valens, in fact, acted as an employment agency for temp work of mine. For several years, I developed and delivered a variety of reports, enhancement and customizations for unique needs of ownership companies; including Nardini and United Fire (Pye-Barker companies). Valens quoted and marketed my services to them. I also received a 20% compensation from all of their billable work since January 2021.<br><br>None of known PZ competitors in Fire Safety market offers broad functionality of PZ; as far as I know, all lacks accounting system and job costing. There is no other affordable integrated alternative for large enterprises like Koorsen or Pye-Barker. However, by looking at PZ licensing fees, revenues, disclosed number of employees and disclosed valuation of PZ, somehow all these numbers are unbelievably low, especially, when compared to other independent competitors. |

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### CHARGE OF DISCRIMINATION

| EEOC Form 5A | | For Official Use Only – Charge Number: |
|---|---|---|

| Personal Information | First Name: **Mustafa**    MI: ____    Last Name: **Karadeniz** |
|---|---|
| | Address: **525 Mt Vernon Hwy NW**    Apt.: ____ |
| | City: **Mustafa**    County: **Fulton**    State: **GA**    Zip Code: **30327** |
| | Phone: **912-596-4290**    Home    Work    Cell    Email: **mustafa@karadeniz.us** |

| Who do you think discriminated against you? | Employer [X]    Union [ ]    Employment Agency [ ]    Other Organization [ ] |
|---|---|
| | Organization Name: **PYE-BARKER FIRE & SAFETY, LLC** |
| | Address: **2500 Northwinds Parkway**    Suite: **200** |
| | City: **Alpharetta** State: **GA** Zip: **30009** Phone: **800-927-8610** Email: **schlegelm@pyebarkerfire.com** |

| Why you think you were discriminated against? | Race [X]    Color [ ]    **Religion** [X]    Sex [ ]    **National Origin** [X]    Age [X] |
|---|---|
| | Disability [ ]    Genetic Information [ ]    **Retaliation** [X]    Other [ ] (specify) |

*** Following is a mix of discriminatory job actions and important events in date order.
▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

On February 20, 2013, I was hired by Bravepoint Inc. as an independent 1099 contractor to make their ProfitZoom Software Solution (PZ) a viable product line. I was assigned to work with PZ project lead Roger Bentley.

On October 1, 2014, Progress Software (NASDAQ: PRGS) officially acquired BravePoint Inc. from Cheasepeake Utilities (NYSE: CPK). Progress made it clear to all from day one that PZ product had to spin off due to a business conflict. Around the announcement date, 30 employees were working just for PZ project.

On February 2015, Valens Software LLC (Valens), formed by existing PZ customers; Metro Fire, Fire Systems and Fireline. Paul Knopf became a CEO of Valens, Roger Bentley became a CIO or Vice President.
Progress Software provided following to Valens;
▪ Intellectual property rights of PZ product free of charge  ( or at a small fee for legal reasons)
▪ Working capital for up to 2 years of operation
▪ Free office space until finding a new space.
▪ Waived Progress Software Development Platform licensing fees for about two years; after free period, licensing fee calculated based on a percentage of revenues generated.

On March 2, 2015, I agreed to continue working as an Independent Contractor for Valens. Paul and Roger wanted me to become one of senior managers of Valens with ownership shares, bonus plan and additional benefits; however, I did not agree mainly due to less than expected percentage of shares. As far as I know similar or more offers were made to Mauricio dos Santos, a Brazilian American, and a few others to stay with Valens. However, Mauricio decided to stay with Progress/Bravepoint mostly after hearing Roger Bentley's some racist comments on Brazilians.

As of June 1, 2015, Valens had 20 employees on the payroll.

On March 1, 2016, I agreed on Valens' employment offer with 3% equivalent ownership shares as a Director after a meeting with Paul Knopf, Roger Bentley and Roy Raugh. We agreed that I was going to become a full time employee officially after our months earlier planned Italy/Turkey trip starting on May 28, 2016

On May 31, 2016, Paul Knopf was forced to leave Valens by an operation orchestrated by Valens ownership, Roger Bentley and Roy Raugh while I was in our family trip.

On Sunday July 24, 2016, my wife and I spent a long time with Valens owners (Anna Gavin, Steve Bentz, and Stan Lumsten) at a dinner party at Roy's house.

On July 25, 2016, Roger Bentley, Roy Raugh and I had a meeting on terms and conditions of my full-time employment before I became an employee; Following were mutually agreed;
▪ Having %3 equal ownership shares of Valens same as March 2016 offer and vesting fully in 2.5 years

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### CHARGE OF DISCRIMINATION

| | For Official Use Only – Charge Number: |
|---|---|

**EEOC Form 5A**

| **Personal Information** | First Name: **Mustafa**   MI: _____   Last Name: **Karadeniz** |
|---|---|
| | Address: **525 Mt Vernon Hwy NW** _____ Apt.: _____ |
| | City: **Mustafa** _____ County: **Fulton** _____ State: **GA** _ Zip Code: **30327** |
| | Phone: **912-596-4290** _ Home _ Work _ Cell _ Email: **mustafa@karadeniz.us** |
| **Who do you think discriminated against you?** | Employer **[X]** _ Union **[ ]** _ Employment Agency **[ ]** Other Organization **[ ]** |
| | Organization Name: **PYE-BARKER FIRE & SAFETY, LLC** |
| | Address: **2500 Northwinds Parkway** _____ Suite: **200** |
| | City: **Alpharetta** State: **GA** Zip: **30009** Phone: **800-927-8610** Email: **schlegelm@pyebarkerfire.com** |
| **Why you think you were discriminated against?** | Race **[X]** _ Color **[ ]** _ **Religion [X]** _ Sex **[ ]** _ **National Origin [X]** _ Age **[X]** |
| | Disability **[ ]** _ Genetic Information **[ ]** _ **Retaliation [X]** _ Other **[ ]** (specify) |

- $94K base wage, a performance based bonus plan and 4 weeks of vacation
- A Director position. Roy, Roger and I were in the same boat as equals as executives
- Valens was in survival mode since Valens' financial resources were wasted somehow and a lot of employees left the company. Only Roger Bentley, Ryan Foster (a Jr developer who was hired on June 2013 as a recent college graduate trainee) and I were left to develop and support PZ environment. I agreed to code along with Roger and Ryan by knowing that I would be the part owner of the business. I reminded them that while I was working on my own data center business, I did not code software for years but I was in sales, customer relations, financial planning, project management. I asked their assurances that when Valens starts hiring, I would be taking executive level responsibilities and managerial roles in the company. Roger and Roy agreed.

As of Aug 1, 2016, I officially became a full-time employee of Valens as a "Director of System Engineering and R&D".

In 2017 /2018, After Valens office was closed, we started meeting at Roy Raugh's house for company meetings about once a month. After or during some lunch breaks, some employees, including Roger Bentley, started chatting on topics like their support of President Trump's "Muslim ban" on some Middle Eastern countries, or like "Muslim terrorist" conversations. As a Middle Eastern and as a Muslim, comments really offended me. Instead of confronting or arguing about it, I chose to leave Roy's house earlier to work from home.

On March 23, 2019, Roy and I met for a lunch. I complained about still developing code and no additional responsibilities given. We discussed switching back to part-time contracting. A few days later, Laura Stark (HR) sent a voluntary resignation letter for me to sign. The letter was stating that my job title was a "Developer" and I would be releasing Valens from any and all claims (including my already vested ownership shares). When I asked about status of shares and missing referenced documents, Roy stated that Valens ownership was still working on details of shares and referenced documents; he was expecting them to be ready by end of the year. I decided to stay with Valens after they agreed on correcting my job title in all documents and decided to wait to have my already vested shares of Valens.

On December 5, 19, I was invited to have a work meeting at Roy Raugh's house with Roger Bentley. Laura Stark (HR) was included too. During this meeting, Roger Bentley disclosed that Ryan Foster soon will be leading development efforts since Roger and I was close to thr retirement age. He repeatedly called me as a "programmer". He also told me I would be working on designing report forms for Valens' new customer Eagle Fire. Designing report forms task is not much different than designing an Excel spreadsheet. This task was previously done by some college students including Roger's own children. I was humiliated and seriously considered resignation. I was basically told that I had a demotion, my material responsibilities diminished and my job duties expected from a Director level position to be transferred to a recent graduate;

On Dec 13, 2019, I sent an email to Roy Raugh (President or CEO) and Laura Stark (HR) to complain about Roger's behavior and comments.

As of January 1, 2020, Koorsen Fire & Security, Inc. (Koorsen) became a majority owner of Valens.

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### CHARGE OF DISCRIMINATION

| EEOC Form 5A | | For Official Use Only – Charge Number: |
| --- | --- | --- |

| **Personal Information** | First Name: **Mustafa**        MI: ____        Last Name: **Karadeniz** |
| --- | --- |
| | Address:  **525 Mt Vernon Hwy NW**                        Apt.: ____ |
| | City: **Mustafa**            County: **Fulton**        State: **GA**    Zip Code: **30327** |
| | Phone:  **912-596-4290**        Home    Work    Cell        Email: **mustafa@karadeniz.us** |

| **Who do you think discriminated against you?** | Employer **[X]**        Union **[ ]**        Employment Agency **[ ]** Other Organization **[ ]** |
| --- | --- |
| | Organization Name:  **PYE-BARKER FIRE & SAFETY, LLC** |
| | Address:  **2500 Northwinds Parkway**                        Suite:  **200** |
| | City: **Alpharetta** State: **GA** Zip: **30009** Phone: **800-927-8610** Email: **schlegelm@pyebarkerfire.com** |

| **Why you think you were discriminated against?** | Race **[X]**    Color **[ ]**    **Religion [X]**    Sex **[ ]**    National Origin **[X]**    Age **[X]** |
| --- | --- |
| | Disability **[ ]**    Genetic Information **[ ]**    Retaliation **[X]**    Other **[ ]** (specify) |

On January 2020, Valens ownership started offering an employee profit sharing bonus plan called "Mirror Unit Award Agreement". They excluded me from this new plan.  I was simply retaliated by Valens ownership for complaining about. I was denied even existence of this plan and its details until August 4, 2021.

On Feb 13, 2020, we had another meeting at Roy's home including Laura. During the meeting, Roger justified Ryan's then future promotion by saying that Ryan had a vision of himself as the "guy who is leading developers" and stating, "You gotta envision yourself down the road." Again, I was humiliated. I was again told that I had a demotion, my material responsibilities diminished and my job duties expected from a Director level position to be transferred to a recent graduate;

On Aug 24, 20, I received a company-wide e-mail announcement that Ryan was promoted as "Development Manager".

On Nov 5, 2020, I was denied sick leave employee benefit. After my mom had a heart attack, I wanted to use my sick leave to take care of my mother. Laura (HR) told me that sick leave was not possible. She said only I can use my sick leave when I get sick. She suggested me to talk to Roy for a solution. Roy and I discussed multiple options including me "leaving the company" and "becoming a contractor" again. I ended up working while trying to take care of my mom in Turkey. It was a mental torture to work even from the hospital room while worrying about possibly of losing your mom in middle of Covid pandemic. I used my vacation time to make up 40hrs in total per week. On August 5, 2021, I also remembered Roger using his sick leave while taking care of his mom for an extended time in 2018 or 2019, while doing a research on my past emails, I noticed that my March 1, 2016 employment offer included the company sick leave policy which clearly stated that immediate family was included.  I sent an email to complaint about it.

On April 15, 2021, Roger verbally insulted me, blatantly attacking my intelligence in front of the entire team in a company call. As soon as the meeting ended,  I called Laura Stark to complaint about Roger's behavior.

On April 27, 2021, USPS delivered my lawyer's letter to demand my ownership shares and related questions.

On August 4, 21, Roy forwarded Valens Ownership's response email. I was asked to sign following agreements in order to be included in Valens's Mirror Unit Profit Sharing Plan;
- A "Settlement and Release of Claims Agreement" to release Valens and Valens ownership from all wrongdoings including discrimination.
- Valens's Mirror Unit Profit Sharing Plan for having about 0.5% of company's profit like a bonus plan (not ownership shares )
- New employment contract with same unchanged base wage of $94K and a blanket job description of *"you will perform duties and responsibilities as assigned you from time to time"* and report to an *"individual designated by the president"*.
- IP Agreement
- Non-Competing; Non-Solicitation Agreement

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### CHARGE OF DISCRIMINATION

| EEOC Form 5A | | For Official Use Only – Charge Number: |
|---|---|---|

| Personal Information | First Name: **Mustafa**     MI:     Last Name: **Karadeniz** |
|---|---|
| | Address: **525 Mt Vernon Hwy NW**     Apt.: |
| | City: **Mustafa**     County: **Fulton**     State: **GA**    Zip Code: **30327** |
| | Phone: **912-596-4290**    Home   Work   Cell    Email: **mustafa@karadeniz.us** |

| Who do you think discriminated against you? | Employer [X]    Union [ ]    Employment Agency [ ] Other Organization [ ] |
|---|---|
| | Organization Name: **PYE-BARKER FIRE & SAFETY, LLC** |
| | Address: **2500 Northwinds Parkway**     Suite: **200** |
| | City: **Alpharetta** State: **GA** Zip: **30009** Phone: **800-927-8610** Email: **schlegelm@pyebarkerfire.com** |

| Why you think you were discriminated against? | Race [X]    Color [ ]    **Religion** [X]    Sex [ ]    **National Origin** [X]   Age [X] |
|---|---|
| | Disability [ ]    Genetic Information [ ]    **Retaliation** [X]    Other [ ]  (specify) |

I was told that I was expected to sign these documents by August 13 (in 9 days). Referenced documents were not even included.

On Aug 10, 21, I demanded to have referenced documents.

On August 18, 2021, Roy mentioned on the company conference call that Shawn Williams from Koorsen Fire was planning to join Valens' internal company gathering event at the Battery next week.
I sent an email to Shawn Williams to ask for a private meeting while in Atlanta (to discuss privately issues I experienced at Valens). He never responded back my email but also he did not show up on the event on August 24.

On Aug19, 21, I received most of referenced documents.

On Sep 10, 2021, I rejected their offer by an email. I also included some specific details of Valens' hostile work environment and discrimination.

On Monday, Sep 13, 21, I was placed on a paid administrative leave and asked to talk with ADP on my concerns.

On Sep 28, 21, I started working again. I was told that we would have monthly conference calls with Roy and Laura. I was told that my new title was "Director of Services" in new Services department where I was the only employee.

On November 8, I received a company-wide email from Roy that about a new hire, "Alyssa Bentley", joining to the company as "implementation /support consultant" and reporting to manager David Allen.

On Jan 3, 22, in our 2022 Planning conference call, I noticed that 3 employees were listed under Services department for 2021 even though I was told I was the only one in the Services department. I sent an email to Roy and Laura to better understand what was going on and who was reporting who. I was told that David Allen was a manager and Alyssa Bentley was reporting to him. I was told that I was not a manager of David but I was only an employee in software development part of Services department.

Jan 18, 2022, in our monthly conference call, Roy mentioned that Roger Bentley would be passing his project management responsibilities to others. Roy asked if I was interested in, I said YES and I said I was ready to take it over.

On January 31, 2022, in our weekly planning conference call, Laura mentioned that Ryan Foster would be having final interviews of two new programmers at KSU campus by himself. After the meeting, I called Laura my interest in joining these interviews and requested to have February monthly meeting before Ryan's scheduled interviews. She agreed on me joining to interviews.

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### CHARGE OF DISCRIMINATION

| EEOC Form 5A | | For Official Use Only – Charge Number: |
|---|---|---|

| **Personal Information** | First Name: **Mustafa**　　　　MI: _____　Last Name: **Karadeniz** |
|---|---|
| | Address: **525 Mt Vernon Hwy NW**　　　　　　　　Apt.: _____ |
| | City: **Mustafa**　　　County: **Fulton**　　State: **GA**　Zip Code: **30327** |
| | Phone: **912-596-4290**　Home　Work　Cell　　Email: **mustafa@karadeniz.us** |

| **Who do you think discriminated against you?** | Employer ☒　　Union ☐　　Employment Agency ☐　Other Organization ☐ |
|---|---|
| | Organization Name: **PYE-BARKER FIRE & SAFETY, LLC** |
| | Address: **2500 Northwinds Parkway**　　　　　　　　Suite: **200** |
| | City: **Alpharetta** State: **GA**　Zip: **30009**　Phone:**800-927-8610**　Email: **schlegelm@pyebarkerfire.com** |

| **Why you think you were discriminated against?** | Race ☒　　Color ☐　　Religion ☒　　Sex ☐　　National Origin ☒　Age ☒ |
|---|---|
| | Disability ☐　Genetic Information ☐　Retaliation ☒　Other ☐ (specify) |

On February 3, 2022, in our monthly call, I asked about involving in on boarding process of these new programmers and cross train them to work for Services department too. It was not accepted, I was asked to wait until my turn to have new employees. Then I asked status on taking over of Roger's project management responsibilities. I was told to wait again. I asked them reconsider my suggestions and requested to have a follow up call following day.

On February 4, 2022, Nothing changed. I verbally shared my intent of resignation. We discussed possibility of working as a part-time 1099 contractor without signing any waivers or releases. Roy said it could be possible. While waiting on Roy's response on agreement and hourly rate, we agreed on me working until March 1st as full time employee by using some vacation time.

On February 14, 2022, Roy, Ryan and I had a conference call on training John Beckner to take over my tasks. At that call, I did not feel any sign of Roy was working on a new contractor agreement without waivers and releases. I was waiting this agreement to determine if I can still trust and work with them. I decided to focus on completion of my outstanding asks until getting a response, not training anybody.

On February 18, 2022, I called Roy to check the status of the contractor agreement and rate. This time he told me that I would have to sign their standard contractor agreement if I want to stay as a contractor.

On Feb 22, 22, I sent my Constructive Dismissal notice by e-mail to Valens management and all known Valens ownership employees. I included some specific details of Valens' hostile work environment and discrimination.

| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures. |
|---|---|
| | I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination. |
| | I declare under penalty of perjury that the above is true and correct. |
| | Signature: _____　　　Date: **8/17/22** |



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Atlanta District Office**
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 01/19/2023

**To:** Mr. Mustafa Karadeniz
525 Mt Vernon Hwy NW
ATLANTA, GA 30327
Charge No: 410-2022-09043

EEOC Representative and email:      TREY PYLE
Senior Federal Investigator
Trey.Pyle@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2022-09043.

On behalf of the Commission,

Digitally Signed By:Darrell Graham
01/19/2023

Darrell Graham
District Director

**Cc:**
Gregory W Guevara
Bose McKinney & Evans LLP
111 MONUMENT CIR STE 2700
Indianapolis, IN 46204

Dawn Luna
KOORSEN FIRE & SECURITY, INC.
2719 N ARLINGTON AVE
Indianapolis, IN 46218

Please retain this notice for your records.

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### CHARGE OF DISCRIMINATION

| EEOC Form 5A | | For Official Use Only – Charge Number:<br>**410-2022-09043** |
|---|---|---|

| **Personal Information** | First Name: **Mustafa**   MI: _____   Last Name: **Karadeniz** |
|---|---|
| | Address: **525 Mt Vernon Hwy NW**   Apt.: _____ |
| | City: **Mustafa**   County: **Fulton**   State: **GA**   Zip Code: **30327** |
| | Phone: **912-596-4290**   Home   Work   Cell   Email: **mustafa@karadeniz.us** |
| **Who do you think discriminated against you?** | Employer **[X]**   Union **[ ]**   Employment Agency **[ ]**   Other Organization **[ ]** |
| | Organization Name: **KOORSEN FIRE & SECURITY, INC** |
| | Address: **2719 NORTH ARLINGTON AVE.**   Suite: _____ |
| | City: **INDIANAPOLIS** State: **IN** Zip: **46218** Phone: **317-616-1611 x:1195** Email: **tom.Eggers@koorsen.com** |
| **Why you think you were discriminated against?** | Race **[X]**   Color **[ ]**   **Religion [X]**   Sex **[ ]**   **National Origin [X]**   Age **[X]** |
| | Disability **[ ]**   Genetic Information **[ ]**   **Retaliation [X]**   Other **[ ]** (specify) |

| | |
|---|---|
| **What happened to you that you think was discriminatory?**<br><br>US EEOC<br>ATDO<br>RECEIVED<br>08-17-2022 | **Date of most recent job action you think was discriminatory:    February 22, 2022**<br>**Also describe briefly each job action you think was discriminatory and when it happened (estimate).**<br><br>I, the undersigned, charge the employer identified above with engaging in unlawful employment practices that violate the Civil Rights Act of 1964 (Title VII) by discriminating against me because of my race, my religion and my age, and by retaliating against me for reporting discrimination.<br><br>As of February, 2022, following companies are known shareholders of Valens Software LLC (Valens)<br>■ Koorsen Fire & Security Inc. became %50+ owner of Valens as of January 2020<br>■ Pye-Barker Fire & Safety became a part owner of Valens as of January 2022<br>■ Metro Fire Equipment Inc. (under BCS Holdings, LLC name)<br>■ Fireline Corporation (under Anna W. Gavin name)<br>■ Fire Systems, Inc. (under Andrea Lumsden, Trustee of the Lumsden Gift Trust name)<br><br>Valens ownership companies currently tightly integrated into ProfitZoom Software Solution (PZ) of Valens more like an ERP software package to operate their entire Fire Safety & Security business. By including Pye-Barker's current and planned user licenses, about %95 of PZ users are working for one of Valens ownership companies. As a result, Valens ownership dictates how much to pay for licenses, billable services and most importantly what job functions handled by them or Valens.<br><br>Valens ownership actively involved in daily activities of Valens by (at least) six joint employees representing the ownership. As a result, if not all, some of reported discriminatory actions had taken due to their involvement in decision making process. Additionally, if not all, some of joint employees used their own company's resources to design and/or develop solutions for PZ. For example, Steve Mentz of Metro Fire and his team involved in design and development of location based PZ solutions. For example, Shawn Williams of Koorsen Fire and his team currently working (or already completed) on an enterprise level CRM module to integrate into PZ. When I visited Koorsen Fire facilities last year, I also noticed that all dedicated PZ ERP project management team members I met there were Koorsen employees. If Valens were an independent software company, about half of the team needed to be Valens employees; I have reasons to believe that Koorsen is not an exception.<br><br>Valens, in fact, acted as an employment agency for temp work of mine. For several years, I developed and delivered a variety of reports, enhancement and customizations for unique needs of ownership companies; including Nardini and United Fire (Pye-Barker companies). Valens quoted and marketed my services to them. I also received a 20% compensation from all of their billable work since January 2021.<br><br>None of known PZ competitors in Fire Safety market offers broad functionality of PZ; as far as I know, all lacks accounting system and job costing. There is no other affordable integrated alternative for large enterprises like Koorsen or Pye-Barker. However, by looking at PZ licensing fees, revenues, disclosed number of employees and disclosed valuation of PZ, somehow all these numbers are unbelievably low, especially, when compared to other independent competitors. |

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### CHARGE OF DISCRIMINATION

| | For Official Use Only – Charge Number: |
|---|---|

| EEOC Form 5A | |
|---|---|

| Personal Information | First Name: **Mustafa**          MI: _____          Last Name: **Karadeniz** |
|---|---|
| | Address: **525 Mt Vernon Hwy NW**                              Apt.: _____ |
| | City: **Mustafa**          County: **Fulton**          State: **GA**    Zip Code: **30327** |
| | Phone:  **912-596-4290**          Home    Work          Cell          Email: **mustafa@karadeniz.us** |

| Who do you think discriminated against you? | Employer [X]          Union [ ]    Employment Agency [ ] Other Organization [ ] |
|---|---|
| | Organization Name:  **KOORSEN FIRE & SECURITY, INC** |
| | Address: **2719 NORTH ARLINGTON AVE.**                              Suite: _____ |
| | City: **INDIANAPOLIS** State: **IN**  Zip: **46218**  Phone: **317-616-1611 x:1195**  Email: **tom.Eggers@koorsen.com** |

| Why you think you were discriminated against? | Race [X]      Color [ ]      **Religion** [X]    Sex [ ]      **National Origin** [X]    Age [X] |
|---|---|
| | Disability [ ]      Genetic Information [ ]    **Retaliation** [X]    Other [ ]  (specify) |

\*\*\* Following is a mix of discriminatory job actions and important events in date order.
▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

On February 20, 2013, I was hired by Bravepoint Inc. as an independent 1099 contractor to make their ProfitZoom Software Solution (PZ) a viable product line. I was assigned to work with PZ project lead Roger Bentley.

On October 1, 2014, Progress Software (NASDAQ: PRGS) officially acquired BravePoint Inc. from Cheasepeake Utilities (NYSE: CPK). Progress made it clear to all PZ team from day one that PZ product had to spin off due to a business conflict. Around the announcement date, 30 employees were working just for PZ project.

On February 2015, Valens Software LLC (Valens), formed by existing PZ customers; Metro Fire, Fire Systems and Fireline. Paul Knopf became a CEO of Valens, Roger Bentley became a CIO or Vice President. Progress Software provided following to Valens;
■  Intellectual property rights of PZ product free of charge  ( or at a small fee for legal reasons)
■  Working capital for up to 2 years of operation
■  Free office space until finding a new space.
■  Waived Progress Software Development Platform licensing fees for about two years; after free period, licensing fee calculated based on a percentage of revenues generated.

On March 2, 2015, I agreed to continue working as an Independent Contractor for Valens. Paul and Roger wanted me to become one of senior managers of Valens with ownership shares, bonus plan and additional benefits; however, I did not agree mainly due to less than expected percentage of shares. As far as I know similar or more offers were made to Mauricio dos Santos, a Brazilian American, and a few others to stay with Valens. However, Mauricio decided to stay with Progress/Bravepoint mostly after hearing Roger Bentley's some racist comments on Brazilians.

As of June 1, 2015, Valens had 20 employees on the payroll.

On March 1, 2016, I agreed on Valens' employment offer with 3% equivalent ownership shares as a Director after a meeting with Paul Knopf, Roger Bentley and Roy Raugh. We agreed that I was going to become a full time employee officially after our months earlier planned Italy/Turkey trip starting on May 28, 2016

On May 31, 2016, Paul Knopf was forced to leave Valens by an operation orchestrated by Valens ownership, Roger Bentley and Roy Raugh while I was in our family trip.

On Sunday July 24, 2016, my wife and I spent a long time with Valens owners (Anna Gavin, Steve Bentz, and Stan Lumsten) at a dinner party at Roy's house.

On July 25, 2016, Roger Bentley, Roy Raugh and I had a meeting on terms and conditions of my full-time employment before I became an employee; Following were mutually agreed;
■  Having %3 equal ownership shares of Valens same as March 2016 offer and vesting fully in 2.5 years

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| EEOC Form 5A | **CHARGE OF DISCRIMINATION** | For Official Use Only – Charge Number:<br>**410-2022-09043** |
|---|---|---|

| **Personal Information** | First Name: **Mustafa**          MI: _____    Last Name:  **Karadeniz** |
|---|---|
| | Address: **525 Mt Vernon Hwy NW**                          Apt.: _____ |
| | City: **Mustafa**             County: **Fulton**       State: **GA**   Zip Code: **30327** |
| | Phone:  **912-596-4290**       Home   Work   Cell       Email: **mustafa@karadeniz.us** |

| **Who do you think discriminated against you?** | Employer [X]     Union [ ]     Employment Agency [ ]  Other Organization [ ] |
|---|---|
| | Organization Name:   **KOORSEN FIRE & SECURITY, INC** |
| | Address:  **2719 NORTH ARLINGTON AVE.**                          Suite: _____ |
| | City: **INDIANAPOLIS** State: **IN** Zip: **46218** Phone:**317-616-1611 x:1195** Email: **tom.Eggers@koorsen.com** |

| **Why you think you were discriminated against?** | Race [X]      Color [ ]      **Religion**[X]      Sex [ ]      National Origin [X]   Age [X] |
|---|---|
| | Disability [ ]     Genetic Information [ ]   **Retaliation** [X]   Other [ ]  (specify) |

- $94K base wage, a performance based bonus plan and 4 weeks of vacation
- A Director position. Roy, Roger and I were in the same boat as equals as executives
- Valens was in survival mode since Valens' financial resources were wasted somehow and a lot of employees left the company. Only Roger Bentley, Ryan Foster (a Jr developer who was hired on June 2013 as a recent college graduate trainee) and I were left to develop and support PZ environment. I agreed to code along with Roger and Ryan by knowing that I would be the part owner of the business. I reminded them that while I was working on my own data center business, I did not code software for years but I was in sales, customer relations, financial planning, project management. I asked their assurances that when Valens starts hiring, I would be taking executive level responsibilities and managerial roles in the company. Roger and Roy agreed.

As of Aug 1, 2016, I officially became a full-time employee of Valens as a "Director of System Engineering and R&D".

In 2017 /2018, After Valens office was closed, we started meeting at Roy Raugh's house for company meetings about once a month. After or during some lunch breaks, some employees, including Roger Bentley, started chatting on topics like their support of President Trump's "Muslim ban" on some Middle Eastern countries, or like "Muslim terrorist" conversations. As a Middle Eastern and as a Muslim, comments really offended me. Instead of confronting or arguing about it, I chose to leave Roy's house earlier to work from home.

On March 23, 2019, Roy and I met for a lunch. I complained about still developing code and no additional responsibilities given. We discussed switching back to part-time contracting. A few days later, Laura Stark (HR) sent a voluntary resignation letter for me to sign. The letter was stating that my job title was a "Developer" and I would be releasing Valens from any and all claims (including my already vested ownership shares). When I asked about status of shares and missing referenced documents, Roy stated that Valens ownership was still working on details of shares and referenced documents; he was expecting them to be ready by end of the year. I decided to stay with Valens after they agreed on correcting my job title in all documents and decided to wait to have my already vested shares of Valens.

On December 5, 19, I was invited to have a work meeting at Roy Raugh's house with Roger Bentley. Laura Stark (HR) was included too. During this meeting, Roger Bentley disclosed that Ryan Foster soon will be leading development efforts since Roger and I was close to thr retirement age. He repeatedly called me as a "programmer". He also told me I would be working on designing report forms for Valens' new customer Eagle Fire. Designing report forms task is not much different than designing an Excel spreadsheet. This task was previously done by some college students including Roger's own children. I was humiliated and seriously considered resignation. I was basically told that I had a demotion, my material responsibilities diminished and my job duties expected from a Director level position to be transferred to a recent graduate;

On Dec 13, 2019, I sent an email to Roy Raugh (President or CEO) and Laura Stark (HR) to complain about Roger's behavior and comments.

As of January 1, 2020, Koorsen Fire & Security, Inc. (Koorsen) became a majority owner of Valens.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## CHARGE OF DISCRIMINATION

| EEOC Form 5A | | For Official Use Only – Charge Number: |
|---|---|---|

| Personal Information | First Name: **Mustafa**          MI: _____    Last Name: **Karadeniz** |
|---|---|
| | Address: **525 Mt Vernon Hwy NW**                    Apt.: _____ |
| | City: **Mustafa**          County: **Fulton**      State: **GA**    Zip Code: **30327** |
| | Phone: **912-596-4290**      Home   Work   Cell      Email: **mustafa@karadeniz.us** |

| Who do you think discriminated against you? | Employer [X]   Union ☐   Employment Agency ☐   Other Organization ☐ |
|---|---|
| | Organization Name: **KOORSEN FIRE & SECURITY, INC** |
| | Address: **2719 NORTH ARLINGTON AVE.**                    Suite: _____ |
| | City: **INDIANAPOLIS** State: **IN** Zip: **46218** Phone: **317-616-1611 x:1195** Email: **tom.Eggers@koorsen.com** |

| Why you think you were discriminated against? | Race [X]      Color ☐      Religion [X]      Sex ☐      National Origin [X]      Age [X] |
|---|---|
| | Disability ☐    Genetic Information ☐    Retaliation [X]    Other ☐  (specify) |

On January 2020, Valens ownership started offering an employee profit sharing bonus plan called "Mirror Unit Award Agreement". They excluded me from this new plan. I was simply retaliated by Valens ownership for complaining about. I was denied even existence of this plan and its details until August 4, 2021.

On Feb 13, 2020, we had another meeting at Roy's home including Laura. During the meeting, Roger justified Ryan's then future promotion by saying that Ryan had a vision of himself as the "guy who is leading developers" and stating, "You gotta envision yourself down the road." Again, I was humiliated. I was again told that I had a demotion, my material responsibilities diminished and my job duties expected from a Director level position to be transferred to a recent graduate;

On Aug 24, 20, I received a company-wide e-mail announcement that Ryan was promoted as "Development Manager".

On Nov 5, 2020, I was denied sick leave employee benefit. After my mom had a heart attack, I wanted to use my sick leave to take care of my mother. Laura (HR) told me that sick leave was not possible. She said only I can use my sick leave when I get sick. She suggested me to talk to Roy for a solution. Roy and I discussed multiple options including me "leaving the company" and "becoming a contractor" again. I ended up working while trying to take care of my mom in Turkey. It was a mental torture to work even from the hospital room while worrying about possibly of losing your mom in middle of Covid pandemic. I used my vacation time to make up 40hrs in total per week. On August 5, 2021, I also remembered Roger using his sick leave while taking care of his mom for an extended time in 2018 or 2019, while doing a research on my past emails, I noticed that my March 1, 2016 employment offer included the company sick leave policy which clearly stated that immediate family was included. I sent an email to complaint about it.

On April 15, 2021, Roger verbally insulted me, blatantly attacking my intelligence in front of the entire team in a company call. As soon as the meeting ended, I called Laura Stark to complaint about Roger's behavior.

On April 27, 2021, USPS delivered my lawyer's letter to demand my ownership shares and related questions.

On August 4, 21, Roy forwarded Valens Ownership's response email. I was asked to sign following agreements in order to be included in Valens's Mirror Unit Profit Sharing Plan;
- A "Settlement and Release of Claims Agreement" to release Valens and Valens ownership from all wrongdoings including discrimination.
- Valens's Mirror Unit Profit Sharing Plan for having about 0.5% of company's profit like a bonus plan (not ownership shares )
- New employment contract with same unchanged base wage of $94K and a blanket job description of *"you will perform duties and responsibilities as assigned you from time to time"* and report to an *"individual designated by the president"*.
- IP Agreement
- Non-Competing; Non-Solicitation Agreement

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## CHARGE OF DISCRIMINATION

| EEOC Form 5A | | For Official Use Only – Charge Number: |
|---|---|---|

| Personal Information | First Name: **Mustafa**    MI: ____    Last Name: **Karadeniz** |
|---|---|
| | Address: **525 Mt Vernon Hwy NW**    Apt.: ____ |
| | City: **Mustafa**    County: **Fulton**    State: **GA**    Zip Code: **30327** |
| | Phone: **912-596-4290**    Home    Work    Cell    Email: **mustafa@karadeniz.us** |

| Who do you think discriminated against you? | Employer **[X]**    Union **[ ]**    Employment Agency **[ ]**    Other Organization **[ ]** |
|---|---|
| | Organization Name: **KOORSEN FIRE & SECURITY, INC** |
| | Address: **2719 NORTH ARLINGTON AVE.**    Suite: ____ |
| | City: **INDIANAPOLIS** State: **IN** Zip: **46218** Phone: **317-616-1611 x:1195** Email: **tom.Eggers@koorsen.com** |

| Why you think you were discriminated against? | Race **[X]**    Color **[ ]**    **Religion [X]**    Sex **[ ]**    **National Origin [X]**    Age **[X]** |
|---|---|
| | Disability **[ ]**    Genetic Information **[ ]**    **Retaliation [X]**    Other **[ ]** (specify) |

I was told that I was expected to sign these documents by August 13 (in 9 days). Referenced documents were not even included.

On Aug 10, 21, I demanded to have referenced documents.

On August 18, 2021, Roy mentioned on the company conference call that Shawn Williams from Koorsen Fire was planning to join Valens' internal company gathering event at the Battery next week.
I sent an email to Shawn Williams to ask for a private meeting while in Atlanta (to discuss privately issues I experienced at Valens). He never responded back my email but also he did not show up on the event on August 24.

On Aug19, 21, I received most of referenced documents.

On Sep 10, 2021, I rejected their offer by an email. I also included some specific details of Valens' hostile work environment and discrimination.

On Monday, Sep 13, 21, I was placed on a paid administrative leave and asked to talk with ADP on my concerns.

On Sep 28, 21, I started working again. I was told that we would have monthly conference calls with Roy and Laura. I was told that my new title was "Director of Services" in new Services department where I was the only employee.

On November 8, I received a company-wide email from Roy that about a new hire, "Alyssa Bentley", joining to the company as "implementation /support consultant" and reporting to manager David Allen.

On Jan 3, 22, in our 2022 Planning conference call, I noticed that 3 employees were listed under Services department for 2021 even though I was told I was the only one in the Services department. I sent an email to Roy and Laura to better understand what was going on and who was reporting who. I was told that David Allen was a manager and Alyssa Bentley was reporting to him. I was told that I was not a manager of David but I was only an employee in software development part of Services department.

Jan 18, 2022, in our monthly conference call, Roy mentioned that Roger Bentley would be passing his project management responsibilities to others. Roy asked if I was interested in, I said YES and I said I was ready to take it over.

On January 31, 2022, in our weekly planning conference call, Laura mentioned that Ryan Foster would be having final interviews of two new programmers at KSU campus by himself. After the meeting, I called Laura my interest in joining these interviews and requested to have February monthly meeting before Ryan's scheduled interviews. She agreed on me joining to interviews.

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## CHARGE OF DISCRIMINATION

| EEOC Form 5A | | For Official Use Only – Charge Number: |
|---|---|---|

| Personal Information | First Name: **Mustafa**          MI: _____    Last Name: **Karadeniz** |
|---|---|

Address: **525 Mt Vernon Hwy NW**                          Apt.: _____

City: **Mustafa**          County: **Fulton**          State: **GA**    Zip Code: **30327**

Phone: **912-596-4290**      Home    Work    Cell          Email: **mustafa@karadeniz.us**

**Who do you think discriminated against you?**

Employer [X]      Union [ ]      Employment Agency [ ]   Other Organization [ ]

Organization Name: **KOORSEN FIRE & SECURITY, INC**

Address: **2719 NORTH ARLINGTON AVE.**                          Suite: _____

City: **INDIANAPOLIS** State: **IN** Zip: **46218** Phone: **317-616-1611 x:1195** Email: **tom.Eggers@koorsen.com**

**Why you think you were discriminated against?**

Race [X]      Color [ ]      Religion [X]      Sex [ ]      National Origin [X]      Age [X]

Disability [ ]      Genetic Information [ ]      Retaliation [X]      Other [ ] (specify)

On February 3, 2022, in our monthly call, I asked about involving in on boarding process of these new programmers and cross train them to work for Services department too. I was asked to wait until my turn to have new employees. Then I asked status on taking over of Roger's project management responsibilities. I was told to wait again. I asked them reconsider my suggestions and requested to have a follow up call following day.

On February 4, 2022, Nothing changed. I verbally shared my intent of resignation. We discussed possibility of working as a part-time 1099 contractor without signing any waivers or releases. Roy said it could be possible. While waiting on Roy's response on agreement and hourly rate, we agreed on me working until March 1st as full time employee by using some vacation time.

On February 14, 2022, Roy, Ryan and I had a conference call on training John Beckner to take over my tasks. At that call, I did not feel any sign of Roy was working on a new contractor agreement without waivers and releases. I was waiting this agreement to determine if I can still trust and work with them. I decided to focus on completion of my outstanding asks until getting a response, not training anybody.

On February 18, 2022, I called Roy to check the status of the contractor agreement and rate. This time he told me that I would have to sign their standard contractor agreement if I want to stay as a contractor.

On Feb 22, 22, I sent my Constructive Dismissal notice by e-mail to Valens management and all known Valens ownership employees. I included some specific details of Valens' hostile work environment and discrimination.

**Signature and Verification**

I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.

I declare under penalty of perjury that the above is true and correct.

Signature: _____          Date: **8/17/22**



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Atlanta District Office**
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 01/19/2023

**To:** Mr. Mustafa Karadeniz
525 Mt Vernon Hwy NW
ATLANTA, GA 30327
Charge No: 410-2022-09044

EEOC Representative and email:    TREY PYLE
Senior Federal Investigator
Trey.Pyle@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2022-09044.

On behalf of the Commission,

Digitally Signed By:Darrell Graham
01/19/2023
Darrell Graham
District Director

**Cc:**
Steve  Bentz
Metro Fire Equipment, Inc
63 S HAMILTON PL
Gilbert, AZ 85233

Gregory W Guevara
Bose McKinney & Evans LLP
111 MONUMENT CIR STE 2700
Indianapolis, IN 46204


Please retain this notice for your records.

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**CHARGE OF DISCRIMINATION**

| EEOC Form 5A | | For Official Use Only – Charge Number: **410-2022-09044** |
|---|---|---|

| **Personal Information** | First Name: **Mustafa**     MI:     Last Name: **Karadeniz** |
|---|---|
| | Address: **525 Mt Vernon Hwy NW**     Apt.: |
| | City: **Mustafa**     County: **Fulton**     State: **GA**     Zip Code: **30327** |
| | Phone: **912-596-4290**     Home  Work  Cell     Email: **mustafa@karadeniz.us** |

| **Who do you think discriminated against you?** | Employer [X]     Union [ ]     Employment Agency [ ]  Other Organization [ ] |
|---|---|
| | Organization Name:   **METRO FIRE EQUIPMENT  INC.** |
| | Address:  **63 S. HAMILTON PL.**     Suite: |
| | City: **GILBERT** State: **AZ**  Zip: **85233**  Phone: **480-353-8343x1049** Email: **steve.bentz@metrofireaz.com** |

| **Why you think you were discriminated against?** | Race [X]     Color [ ]     **Religion** [X]     Sex [ ]     **National Origin** [X]     Age [X] |
|---|---|
| | Disability [ ]     Genetic Information [ ]     **Retaliation** [X]     Other [ ] (specify) |

| **What happened to you that you think was discriminatory?**<br><br>US EEOC ATDO RECEIVED 08-17-2022 | Date of <u>most recent job action</u> you think was discriminatory:     February 22, 2022<br>Also describe briefly <u>each job action</u> you think was discriminatory and when it happened (estimate).<br><br>I, the undersigned, charge the employer identified above with engaging in unlawful employment practices that violate the Civil Rights Act of 1964 (Title VII) by discriminating against me because of my race, my religion and my age, and by retaliating against me for reporting discrimination.<br><br>As of February, 2022, following companies are known shareholders of Valens Software LLC (Valens)<br>■ Koorsen Fire & Security Inc. became %50+ owner of Valens as of January 2020<br>■ Pye-Barker Fire & Safety became a part owner of Valens as of January 2022<br>■ Metro Fire Equipment Inc. (under BCS Holdings, LLC name)<br>■ Fireline Corporation (under Anna W. Gavin name).<br>■ Fire Systems, Inc. (under Andrea Lumsden, Trustee of the Lumsden Gift Trust name)<br><br>Valens ownership companies currently tightly integrated into ProfitZoom Software Solution (PZ) of Valens more like an ERP software package to operate their entire Fire Safety & Security business. By including Pye-Barker's current and planned user licenses, about %95 of PZ users are working for one of Valens ownership companies. As a result, Valens ownership dictates how much to pay for licenses, billable services and most importantly what job functions handled by them or Valens.<br><br>Valens ownership actively involved in daily activities of Valens by (at least) six joint employees representing the ownership. As a result, if not all, some of reported discriminatory actions had taken due to their involvement in decision making process. Additionally, if not all, some of joint employees used their own company's resources to design and/or develop solutions for PZ. For example, Steve Mentz of Metro Fire and his team involved in design and development of location based PZ solutions. For example, Shawn Williams of Koorsen Fire and his team currently working (or already completed) on an enterprise level CRM module to integrate into PZ. When I visited Koorsen Fire facilities last year, I also noticed that all dedicated PZ ERP project management team members I met there were Koorsen employees. If Valens were an independent software company, about half of the team needed to be Valens employees; I have reasons to believe that Koorsen is not an exception.<br><br>Valens, in fact, acted as an employment agency for temp work of mine. For several years, I developed and delivered a variety of reports, enhancement and customizations for unique needs of ownership companies; including  Nardini and United Fire (Pye-Barker companies). Valens quoted and marketed my services to them. I also received a 20% compensation from all of their billable work since January 2021.<br><br>None of known PZ competitors in Fire Safety market offers broad functionality of PZ; as far as I know, all lacks accounting system and job costing. There is no other affordable integrated alternative for large enterprises like Koorsen or Pye-Barker. However, by looking at PZ licensing fees, revenues, disclosed number of employees and disclosed valuation of PZ, somehow all these numbers are unbelievably low, especially, when compared to other independent competitors. |

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**CHARGE OF DISCRIMINATION**

EEOC Form 5A

For Official Use Only – Charge Number:

| Personal Information | First Name: **Mustafa**     MI: _____     Last Name: **Karadeniz** |
|---|---|
| | Address: **525 Mt Vernon Hwy NW**     Apt.: _____ |
| | City: **Mustafa**     County: **Fulton**     State: **GA**     Zip Code: **30327** |
| | Phone: **912-596-4290**     Home   Work     Cell     Email: **mustafa@karadeniz.us** |

| Who do you think discriminated against you? | Employer [X]     Union [ ]     Employment Agency [ ]   Other Organization [ ] |
|---|---|
| | Organization Name: **METRO FIRE EQUIPMENT INC.** |
| | Address: **63 S. HAMILTON PL.**     Suite: _____ |
| | City: **GILBERT** State: **AZ** Zip: **85233** Phone: **480-353-8343x1049** Email: **steve.bentz@metrofireaz.com** |

| Why you think you were discriminated against? | Race [X]     Color [ ]     **Religion** [X]     Sex [ ]     **National Origin** [X]     Age [X] |
|---|---|
| | Disability [ ]     Genetic Information [ ]   **Retaliation** [X]     Other [ ] (specify) |

*** Following is a mix of discriminatory job actions and important events in date order.
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

On February 20, 2013, I was hired by Bravepoint Inc. as an independent 1099 contractor to make their ProfitZoom Software Solution (PZ) a viable product line. I was assigned to work with PZ project lead Roger Bentley.

On October 1, 2014, Progress Software (NASDAQ: PRGS) officially acquired BravePoint Inc. from Cheasepeake Utilities (NYSE: CPK). Progress made it clear to all PZ team from day one that PZ product had to spin off due to a business conflict. Around the announcement date, 30 employees were working just for PZ project.

On February 2015, Valens Software LLC (Valens), formed by existing PZ customers; Metro Fire, Fire Systems and Fireline. Paul Knopf became a CEO of Valens, Roger Bentley became a CIO or Vice President.
Progress Software provided following to Valens;
■ Intellectual property rights of PZ product free of charge ( or at a small fee for legal reasons)
■ Working capital for up to 2 years of operation
■ Free office space until finding a new space.
■ Waived Progress Software Development Platform licensing fees for about two years; after free period, licensing fee calculated based on a percentage of revenues generated.

On March 2, 2015, I agreed to continue working as an Independent Contractor for Valens. Paul and Roger wanted me to become one of senior managers of Valens with ownership shares, bonus plan and additional benefits; however, I did not agree mainly due to less than expected percentage of shares. As far as I know similar or more offers were made to Mauricio dos Santos, a Brazilian American, and a few others to stay with Valens. However, Mauricio decided to stay with Progress/Bravepoint mostly after hearing Roger Bentley's some racist comments on Brazilians.

As of June 1, 2015, Valens had 20 employees on the payroll.

On March 1, 2016, I agreed on Valens' employment offer with 3% equivalent ownership shares as a Director after a meeting with Paul Knopf, Roger Bentley and Roy Raugh. We agreed that I was going to become a full time employee officially after our months earlier planned Italy/Turkey trip starting on May 28, 2016

On May 31; 2016, Paul Knopf was forced to leave Valens by an operation orchestrated by Valens ownership, Roger Bentley and Roy Raugh while I was in our family trip.

On Sunday July 24, 2016, my wife and I spent a long time with Valens owners (Anna Gavin, Steve Bentz, and Stan Lumsten) at a dinner party at Roy's house.

On July 25, 2016, Roger Bentley, Roy Raugh and I had a meeting on terms and conditions of my full-time employment before I became an employee; Following were mutually agreed;
■ Having %3 equal ownership shares of Valens same as March 2016 offer and vesting fully in 2.5 years

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## CHARGE OF DISCRIMINATION

| EEOC Form 5A | | For Official Use Only – Charge Number: |
|---|---|---|

| Personal Information | First Name: **Mustafa**   MI: _____   Last Name: **Karadeniz** |
|---|---|
| | Address: **525 Mt Vernon Hwy NW**   Apt.: |
| | City: **Mustafa**   County: **Fulton**   State: **GA**   Zip Code: **30327** |
| | Phone: **912-596-4290**   Home   Work   Cell   Email: **mustafa@karadeniz.us** |
| Who do you think discriminated against you? | Employer [X]   Union [ ]   Employment Agency [ ]   Other Organization [ ] |
| | Organization Name:   **METRO FIRE EQUIPMENT INC.** |
| | Address:   **63 S. HAMILTON PL.**   Suite: |
| | City: **GILBERT** State: **AZ** Zip: **85233** Phone: **480-353-8343x1049** Email: **steve.bentz@metrofireaz.com** |
| Why you think you were discriminated against? | Race [X]   Color [ ]   **Religion** [X]   Sex [ ]   **National Origin** [X]   Age [X] |
| | Disability [ ]   Genetic Information [ ]   **Retaliation** [X]   Other [ ] (specify) |

- $94K base wage, a performance based bonus plan and 4 weeks of vacation
- A Director position. Roy, Roger and I were in the same boat as equals as executives
- Valens was in survival mode since Valens' financial resources were wasted somehow and a lot of employees left the company. Only Roger Bentley, Ryan Foster (a Jr developer who was hired on June 2013 as a recent college graduate trainee) and I were left to develop and support PZ environment. I agreed to code along with Roger and Ryan by knowing that I would be the part owner of the business. I reminded them that while I was working on my own data center business, I did not code software for years but I was in sales, customer relations, financial planning, project management. I asked their assurances that when Valens starts hiring, I would be taking executive level responsibilities and managerial roles in the company. Roger and Roy agreed.

As of Aug 1, 2016, I officially became a full-time employee of Valens as a "Director of System Engineering and R&D".

In 2017 /2018, After Valens office was closed, we started meeting at Roy Raugh's house for company meetings about once a month. After or during some lunch breaks, some employees, including Roger Bentley, started chatting on topics like their support of President Trump's "Muslim ban" on some Middle Eastern countries, or like "Muslim terrorist" conversations. As a Middle Eastern and as a Muslim, comments really offended me. Instead of confronting or arguing about it, I chose to leave Roy's house earlier to work from home.

On March 23, 2019, Roy and I met for a lunch. I complained about still developing code and no additional responsibilities given. We discussed switching back to part-time contracting. A few days later, Laura Stark (HR) sent a voluntary resignation letter for me to sign. The letter was stating that my job title was a "Developer" and I would be releasing Valens from any and all claims (including my already vested ownership shares). When I asked about status of shares and missing referenced documents, Roy stated that Valens ownership was still working on details of shares and referenced documents; he was expecting them to be ready by end of the year. I decided to stay with Valens after they agreed on correcting my job title in all documents and decided to wait to have my already vested shares of Valens.

On December 5, 19, I was invited to have a work meeting at Roy Raugh's house with Roger Bentley. Laura Stark (HR) was included too. During this meeting, Roger Bentley disclosed that Ryan Foster soon will be leading development efforts since Roger and I was close to thr retirement age. He repeatedly called me as a "programmer". He also told me I would be working on designing report forms for Valens' new customer Eagle Fire. Designing report forms task is not much different than designing an Excel spreadsheet. This task was previously done by some college students including Roger's own children. I was humiliated and seriously considered resignation. I was basically told that I had a demotion, my material responsibilities diminished and my job duties expected from a Director level position to be transferred to a recent graduate;

On Dec 13, 2019, I sent an email to Roy Raugh (President or CEO) and Laura Stark (HR) to complain about Roger's behavior and comments.

As of January 1, 2020, Koorsen Fire & Security, Inc. (Koorsen) became a majority owner of Valens.

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### CHARGE OF DISCRIMINATION

| EEOC Form 5A | | For Official Use Only – Charge Number: |
|---|---|---|

| **Personal Information** | First Name: **Mustafa**    MI: _____   Last Name: **Karadeniz** |
|---|---|
| | Address: **525 Mt Vernon Hwy NW**                    Apt.: _____ |
| | City: **Mustafa**         County: **Fulton**    State: **GA**   Zip Code: **30327** |
| | Phone: **912-596-4290**    Home   Work   Cell    Email: **mustafa@karadeniz.us** |

| **Who do you think discriminated against you?** | Employer [X]    Union [ ]    Employment Agency [ ]  Other Organization [ ] |
|---|---|
| | Organization Name:   **METRO FIRE EQUIPMENT  INC.** |
| | Address:   **63 S. HAMILTON PL.**                     Suite: _____ |
| | City: **GILBERT** State: **AZ**  Zip: **85233**  Phone: **480-353-8343x1049** Email: **steve.bentz@metrofireaz.com** |

| **Why you think you were discriminated against?** | Race [X]    Color [ ]    **Religion** [X]    Sex [ ]    **National Origin** [X]    Age [X] |
|---|---|
| | Disability [ ]   Genetic Information [ ]   **Retaliation** [X]   Other [ ] (specify) |

On January 2020, Valens ownership started offering an employee profit sharing bonus plan called "Mirror Unit Award Agreement". They excluded me from this new plan.  I was simply retaliated by Valens ownership for complaining about. I was denied even existence of this plan and its details until August 4, 2021.

On Feb 13, 2020, we had another meeting at Roy's home including Laura. During the meeting, Roger justified Ryan's then future promotion by saying that Ryan had a vision of himself as the "guy who is leading developers" and stating, "You gotta envision yourself down the road." Again, I was humiliated. I was again told that I had a demotion, my material responsibilities diminished and my job duties expected from a Director level position to be transferred to a recent graduate;

On Aug 24, 20, I received a company-wide e-mail announcement that Ryan was promoted as "Development Manager".

On Nov 5, 2020, I was denied sick leave employee benefit. After my mom had a heart attack, I wanted to use my sick leave to take care of my mother. Laura (HR) told me that sick leave was not possible. She said only I can use my sick leave when I get sick. She suggested me to talk to Roy for a solution. Roy and I discussed multiple options including me "leaving the company" and "becoming a contractor" again. I ended up working while trying to take care of my mom in Turkey. It was a mental torture to work even from the hospital room while worrying about possibly losing your mom in middle of Covid pandemic. I used my vacation time to make up 40hrs in total per week. On August 5, 2021, I also remembered Roger using his sick leave while taking care of his mom for an extended time in 2018 or 2019, while doing a research on my past emails, I noticed that my March 1, 2016 employment offer included the company sick leave policy which clearly stated that immediate family was included.  I sent an email to complaint about it.

On April 15, 2021, Roger verbally insulted me, blatantly attacking my intelligence in front of the entire team in a company call. As soon as the meeting ended,  I called Laura Stark to complaint about Roger's behavior.

On April 27, 2021, USPS delivered my lawyer's letter to demand my ownership shares and related questions.

On August 4, 21, Roy forwarded Valens Ownership's response email. I was asked to sign following agreements in order to be included in Valens's Mirror Unit Profit Sharing Plan;
- A "Settlement and Release of Claims Agreement" to release Valens and Valens ownership from all wrongdoings including discrimination.
- Valens's Mirror Unit Profit Sharing Plan for having about 0.5% of company's profit like a bonus plan (not ownership shares )
- New employment contract with same unchanged base wage of $94K and a blanket job description of *"you will perform duties and responsibilities as assigned you from time to time"* and report to an *"individual designated by the president"*.
- IP Agreement
- Non-Competing; Non-Solicitation Agreement

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### CHARGE OF DISCRIMINATION

| EEOC Form 5A | | For Official Use Only – Charge Number: |
|---|---|---|

| Personal Information | First Name: **Mustafa**   MI: _____   Last Name: **Karadeniz** |
|---|---|
| | Address: **525 Mt Vernon Hwy NW** _____ Apt.: _____ |
| | City: **Mustafa** _____ County: **Fulton** _____ State: **GA** ___ Zip Code: **30327** |
| | Phone: **912-596-4290** ____ Home   Work ___ Cell _____ Email: **mustafa@karadeniz.us** |

| Who do you think discriminated against you? | Employer [X]   Union ☐   Employment Agency ☐ Other Organization ☐ |
|---|---|
| | Organization Name: **METRO FIRE EQUIPMENT INC.** |
| | Address: **63 S. HAMILTON PL.** _____ Suite: _____ |
| | City: **GILBERT** State: **AZ** Zip: **85233** Phone:**480-353-8343x1049** Email: **steve.bentz@metrofireaz.com** |

| Why you think you were discriminated against? | Race [X]   Color ☐   **Religion** [X]   Sex ☐   **National Origin** [X]   Age [X] |
|---|---|
| | Disability ☐   Genetic Information ☐   **Retaliation** [X]   Other ☐ (specify) |

I was told that I was expected to sign these documents by August 13 (in 9 days). Referenced documents were not even included.

On Aug 10, 21, I demanded to have referenced documents.

On August 18, 2021, Roy mentioned on the company conference call that Shawn Williams from Koorsen Fire was planning to join Valens' internal company gathering event at the Battery next week.
I sent an email to Shawn Williams to ask for a private meeting while in Atlanta (to discuss privately issues I experienced at Valens). He never responded back my email but also he did not show up on the event on August 24.

On Aug19, 21, I received most of referenced documents.

On Sep 10, 2021, I rejected their offer by an email. I also included some specific details of Valens' hostile work environment and discrimination.

On Monday, Sep 13, 21, I was placed on a paid administrative leave and asked to talk with ADP on my concerns.

On Sep 28, 21, I started working again. I was told that we would have monthly conference calls with Roy and Laura. I was told that my new title was "Director of Services" in new Services department where I was the only employee.

On November 8, I received a company-wide email from Roy that about a new hire, "Alyssa Bentley", joining to the company as "implementation /support consultant" and reporting to manager David Allen.

On Jan 3, 22, in our 2022 Planning conference call, I noticed that 3 employees were listed under Services department for 2021 even though I was told I was the only one in the Services department. I sent an email to Roy and Laura to better understand what was going on and who was reporting who. I was told that David Allen was a manager and Alyssa Bentley was reporting to him. I was told that I was not a manager of David but I was only an employee in software development part of Services department.

Jan 18, 2022, in our monthly conference call, Roy mentioned that Roger Bentley would be passing his project management responsibilities to others. Roy asked if I was interested in, I said YES and I said I was ready to take it over.

On January 31, 2022, in our weekly planning conference call, Laura mentioned that Ryan Foster would be having final interviews of two new programmers at KSU campus by himself. After the meeting, I called Laura my interest in joining these interviews and requested to have February monthly meeting before Ryan's scheduled interviews. She agreed on me joining to interviews.

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## CHARGE OF DISCRIMINATION

| | |
|---|---|
| **EEOC Form 5A** | For Official Use Only – Charge Number: |

| | |
|---|---|
| **Personal Information** | First Name: **Mustafa**     MI: _____  Last Name: **Karadeniz**<br>Address: **525 Mt Vernon Hwy NW** _____  Apt.: _____<br>City: **Mustafa** _____ County: **Fulton** _____ State: **GA**   Zip Code: **30327**<br>Phone: **912-596-4290** _____ Home   Work _____ Cell _____ Email: **mustafa@karadeniz.us** |
| **Who do you think discriminated against you?** | Employer [X]     Union [ ]     Employment Agency [ ] Other Organization [ ]<br>Organization Name: **METRO FIRE EQUIPMENT  INC.**<br>Address: **63 S. HAMILTON  PL.** _____ Suite: _____<br>City: **GILBERT** State: **AZ** Zip: **85233** Phone: **480-353-8343x1049** Email: **steve.bentz@metrofireaz.com** |
| **Why you think you were discriminated against?** | Race [X]     Color [ ]     **Religion** [X]    Sex [ ]     **National Origin** [X]    Age [X]<br>Disability [ ]     Genetic Information [ ]  **Retaliation** [X]  Other [ ] (specify) |

On February 3, 2022, in our monthly call, I asked about involving in on boarding process of these new programmers and cross train them to work for Services department too. It was not accepted, I was asked to wait until my turn to have new employees. Then I asked status on taking over of Roger's project management responsibilities. I was told to wait again. I asked them reconsider my suggestions and requested to have a follow up call following day.

On February 4, 2022, Nothing changed. I verbally shared my intent of resignation. We discussed possibility of working as a part-time 1099 contractor without signing any waivers or releases. Roy said it could be possible. While waiting on Roy's response on agreement and hourly rate, we agreed on me working until March 1st as full time employee by using some vacation time.

On February 14, 2022, Roy, Ryan and I had a conference call on training John Beckner to take over my tasks. At that call, I did not feel any sign of Roy was working on a new contractor agreement without waivers and releases. I was waiting this agreement to determine if I can still trust and work with them. I decided to focus on completion of my outstanding asks until getting a response, not training anybody.

On February 18, 2022, I called Roy to check the status of the contractor agreement and rate. This time he told me that I would have to sign their standard contractor agreement if I want to stay as a contractor.

On Feb 22, 22, I sent my Constructive Dismissal notice by e-mail to Valens management and all known Valens ownership employees. I included some specific details of Valens' hostile work environment and discrimination.

| | |
|---|---|
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above.  I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>I declare under penalty of perjury that the above is true and correct.<br><br>Signature: _____     Date: **8/17/22** |